# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Hilario Villegas-Espinoza,<br><br>                Defendant. | Case No. 2:25-cr-00304-APG-DJA-1<br><br>**Order** |

Before the Court is Defendant Hilario Villegas-Espinoza's motion to dismiss counsel (ECF No. 21), which he has filed on his own behalf. However, Defendant is currently represented and so, cannot file documents on his own behalf. *See* LR IA 11-6(a). Defendant must discuss his request that his counsel withdraw with his counsel.

**IT IS THEREFORE ORDERED** that Defendant's motion to dismiss counsel (ECF No. 21) is **denied.** The Clerk of Court is kindly directed to send Defendant a copy of this order.

DATED: October 17, 2025

                                              DANIEL J. ALBREGTS
                                              UNITED STATES MAGISTRATE JUDGE