RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Angel Hilario Villegas-Espinoza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00304-APG-DJA-1 |
| Plaintiff, | **STIPULATION TO CONTINUE PLEA AND SENTENCING HEARING** |
| v. | (First Request) |
| ANGEL HILARIO VILLEGAS-ESPINOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Angel Hilario Villegas-Espinoza, that the Plea and Sentencing Hearing currently scheduled on April 1, 2026, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1.    Defense counsel is out of the jurisdiction on the currently scheduled hearing date.

2.    The defendant is incarcerated and does not object to the continuance.

3.    The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 9th day of March 2026.

RENE L. VALLADARES                    TODD BLANCHE
Federal Public Defender                Deputy Attorney General of the United States

        /s/ Raquel Lazo                            /s/ Clay Plummer
By_____        By_____
RAQUEL LAZO                          CLAY PLUMMER
Assistant Federal Public Defender      Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

ANGEL HILARIO VILLEGAS-ESPINOZA,

     Defendant.

Case No. 2:25-cr-00304-APG-DJA-1

**ORDER**

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, April 1, 2026, at 10:00 a.m., be vacated and continued to April 28, 2026 at the hour of 10:30 a.m. in Las Vegas Courtroom 6C.

DATED this 11th day of March 2026.

_____
UNITED STATES DISTRICT JUDGE

3